UNITED STATES of America, Plaintiff—Appellee,

v.

Norberto ARREDONDO, Defendant—Appellant.

No. 01–16780.

D.C. No. CV–01–05851–REC.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

## MEMORANDUM**

Norberto Arredondo appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his 1998 sentence for one count of conspiracy to manufacture, distribute, and possess methamphetamine with intent to distribute. The district court issued a certificate of appealability with respect to Arredondo's claims based on the applicability of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We recently held that the rule announced in *Apprendi* does not apply retroactively

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

to cases on initial collateral review. *United States v. Sanchez–Cervantes*, 282 F.3d 664 (9th Cir.2002). The district court's judgment is therefore **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.